■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH RYAN, Appellant. [39 NYS3d 822]—Appeal by the defendant from an amended judgment of the Supreme Court, Suffolk County (Cohen, J.), rendered February 24, 2015, revoking a sentence of probation previously imposed by the same court, upon a finding that she violated conditions thereof, upon her admission, and imposing a sentence of imprisonment upon her previous convictions of driving while intoxicated (two counts). Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the amended judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Austin, J.P., Cohen, Hinds-Radix and LaSalle, JJ., concur.